*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendant*
*State Bar of Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Peter Strojnik, (Sr.), | |
|---|---|
| Plaintiff, | Case No. CV-19-02704-PHX-DJH |
| vs. | **NOTICE OF APPEARANCE** |
| State Bar of Arizona, | |
| Defendant. | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that Lisa T. Hauser and Carrie A. Laliberte of Bonnett, Fairbourn, Friedman & Balint, P.C. hereby enter their appearance as counsel for Defendant State Bar of Arizona, and request that any pleadings, notices, correspondence and other papers in connection with this action be served upon the undersigned counsel.

DATED this 6th day of May, 2019.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

By /s/ Lisa T. Hauser
Lisa T. Hauser
Carrie A. Laliberte
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
*Attorneys for Defendant State Bar of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2019, I served the attached document by e-mail and mail on the following, who is not a registered participant of the CM/ECF System:

Peter Strojnik, Sr.
7847 N. Central Ave.
Phoenix, AZ  85020
PS@strojnik.com
*Plaintiff Pro Per*

 /s/ Carolyn Alter