Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
PS@strojnik.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

PETER STROJNIK, (Sr.)

Plaintiff,

vs.

STATE BAR OF ARIZONA,

Defendant.

Case No: 2:19-cv-02704-DJH

**NOTICE OF SERVICE OF DOC.##2, 3 AND 5.**

Please take notice that Plaintiff has served Defendant's Counsel with DOC.##2, 3 AND 5 this 1st day of May, 2019 as indicated in Addendum A.

DATED this 1st day of May 2019

**PETER STROJNIK**

_____
Peter Strojnik
Plaintiff

# ADDENDUM A

