*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN***
***& BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendant*
*State Bar of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>　　　　Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**STIPULATION FOR FILING AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS (First Request)** |

Pursuant to this Court's Order of April 30, 2019 [Doc. 5], the Parties—Plaintiff Peter Strojnik, (Sr.) and Defendant State Bar of Arizona ("SBA") —met and conferred on May 16, 2019, concerning Defendant State Bar of Arizona's intent to move to dismiss Plaintiff Strojnik's complaint under Rule 12(b), Federal Rule of Civil Procedure. That motion is due no later than May 21, 2019. After discussing the motion to dismiss, and in light of recent factual developments, Plaintiff Strojnik desires to amend his complaint but needs until June 7, 2019, to do so.

Accordingly, and consistent with the purpose of this Court's Order [Doc. 5], the Parties hereby stipulate and agree that: (1) Defendant SBA need not respond to Plaintiff's original complaint; (2) Plaintiff Strojnik shall file his first amended complaint and email a copy to undersigned counsel for Defendant SBA no later than June 7, 2019; (3) Defendant

SBA's motion to dismiss or answer shall be filed no later than July 1, 2019; (4) Plaintiff's response to any motion to dismiss shall be filed no later than July 19, 2019; and (5) Defendant's reply in support of any motion to dismiss shall be filed no later than July 29, 2019.

Pursuant to Rule 7.3(a), Local Rules of Civil Procedure, the Parties have separately lodged a proposed form of order to this effect.

DATED this 20th day of May, 2019.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

By /s/ Lisa T. Hauser
  Lisa T. Hauser
  Carrie A. Laliberte
  2325 E. Camelback Rd., Ste. 300
  Phoenix, Arizona 85016
  *Attorneys for Defendant State Bar of Arizona*

**PETER STROJNIK, (Sr.)**

By /s/ Peter Strojnik, Sr.
  7847 N. Central Ave.
  Phoenix, AZ  85020
  *Plaintiff Pro Per*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2019, I served the attached document by e-mail and mail on the following, who is not a registered participant of the CM/ECF System:

Peter Strojnik, Sr.
7847 N. Central Ave.
Phoenix, AZ  85020
PS@strojnik.com


 /s/ Carolyn Alter