IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>    Plaintiff,<br><br>v.<br><br>State Bar of Arizona,<br><br>    Defendant. | No. CV-19-02704-PHX-DJH<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Filing Amended Complaint and Briefing Schedule on Motion to Dismiss (First Request) (Doc. 10). Accordingly,

**IT IS ORDERED** that Plaintiff Peter Strojnik ("Plaintiff") shall have until June 7, 2019 to file a first amended complaint.

**IT IS FURTHER ORDERED** that Defendant State Bar of Arizona ("Defendant") shall have until July 1, 2019 to file an answer or respond to the operative Complaint. To the extent Defendant files a motion to dismiss, Plaintiff shall have until July 19, 2019 to file a response and Defendant shall have until July 29, 2019 to file a reply in support of the motion to dismiss.

Dated this 20th day of May, 2019.

Honorable Diane J. Humetewa
United States District Judge