# EXHIBIT A
# to Motion to Dismiss
## (Case No. CV-19-02704-PHX-DJH)

*Law Offices of*
**BONNETT, FAIRBOURN, FRIEDMAN**
**& BALINT, P.C.**
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendant*
*State Bar of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>            Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>            Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**DECLARATION OF MARET VESSELLA** |

1. My name is Maret Vessella. I am over eighteen years of age and competent to make this declaration.

2. I am Chief Bar Counsel and a member in good standing with the State Bar of Arizona. My Arizona State Bar Number is 019350.

3. In that capacity, I supervise staff in the performance of all discipline functions within the responsibility of the state bar. Senior Bar Counsel, Shauna Miller, was counsel of record in disciplinary proceedings against Peter Strojnik, PDJ 2018-9018 and PDJ 2018-9105. I have personal knowledge of the matters set forth herein.

4. On July 11, 2018, Arizona's Presiding Disciplinary Judge ("PDJ") ordered Strojnik's immediate, interim suspension from the practice of law. A true and correct copy

of that Order of Interim Suspension is attached hereto, and incorporated herein by reference, as **Exhibit 1**.

5. On November 16, 2018, the SBA filed a four-count disciplinary complaint on eighteen bar charges against Mr. Strojnik. A true and correct copy of that Complaint is attached hereto, and incorporated herein by reference, as **Exhibit 2**.

6. On March 20, 2019, Strojnik filed a motion to recognize his First Amendment right to dissociation from the SBA. A true and correct copy of that motion is attached hereto, and incorporated herein by reference, as **Exhibit 3**.

7. The State Bar of Arizona moved to strike that motion on March 28, 2019. A true and correct copy of that motion is attached hereto, and incorporated herein by reference, as **Exhibit 4**.

8. On April 8, 2019, Mr. Strojnik responded to the motion to strike. A true and correct copy of that response is attached hereto, and incorporated herein by reference, as **Exhibit 5**.

9. The PDJ's Order denying Mr. Strojnik's motion to dissociate was filed on April 26, 2019. A true and correct copy of that Order is attached hereto, and incorporated herein by reference, as **Exhibit 6**.

10. Mr. Strojnik consented to disbarment on May 8, 2019. A true and correct copy of his consent is attached hereto, and incorporated herein by reference, as **Exhibit 7**.

11. Judgment of Mr. Strojnik's disbarment was filed on May 10, 2019. A true and correct copy of that Judgment is attached hereto, and incorporated herein by reference, as **Exhibit 8**.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2019.

_____
Maret Vessella