*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendant*
*State Bar of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>　　　　　Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS (Second Request)** |

　　　　Pursuant to this Court's Order of May 21, 2019 [Doc. 11], Plaintiff Peter Strojnik, (Sr.) ("Plaintiff") has until July 19, 2019 to respond to Defendant State Bar of Arizona's ("Defendant") July 1, 2019 motion to dismiss [Doc. 18], and Defendant has until July 29, 2019, to file its reply in support of the motion to dismiss.

　　　　Plaintiff has requested an additional two weeks to respond to Defendant's motion to dismiss due to his continued recovery from surgery. Defendant has agreed but then requires additional time to reply given an anticipated absence during the first week of August. Accordingly, the Parties hereby stipulate and agree that: (1) Plaintiff shall have until August 2, 2019 to respond to Defendant's motion to dismiss, and (2) Defendant shall have until August 16, 2019 to reply in support of its motion to dismiss.

Pursuant to Rule 7.3(a), Local Rules of Civil Procedure, the Parties have separately lodged a proposed form of order to this effect.

DATED this 17th day of July, 2019.

        **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

        By /s/ Lisa T. Hauser
           Lisa T. Hauser
           Carrie A. Laliberte
           2325 E. Camelback Rd., Ste. 300
           Phoenix, Arizona 85016
           *Attorneys for Defendant State Bar of Arizona*

        **PETER STROJNIK, (Sr.)**

        By /s/ Peter Strojnik, Sr. *w/permission*
           7847 N. Central Ave.
           Phoenix, AZ  85020
           *Plaintiff Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2019, I served the attached document by e-mail and mail on the following, who is not a registered participant of the CM/ECF System:

Peter Strojnik, Sr.
7847 N. Central Ave.
Phoenix, AZ  85020
PS@strojnik.com

/s/ Karen Vanderbilt