Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
PS@strojnik.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, (Sr.)<br><br>Plaintiff,<br><br>vs.<br><br>STATE BAR OF ARIZONA, an Arizona nonprofit corporation, SHAUNA MILLER and JOHN DOE MILLER, husband and wife; MARET VESSELLA and JOHN DOE VESSELLA, Husband and Wife; YET UNKNOWN ENTITIES AND PERSONS WHO PARTICIPATED IN THE CONSPIRACY ALLEGED BELOW,<br><br>Defendants. | Case No: 2:19-cv-02704-DJH<br><br>**NOTICE OF FILING AMENDMENT TO COMPLAINT PURSUANT TO ARCP 15(a)(1)** |

ARCP 15(a)(1)(B) grants Plaintiff the right to amend his Complaint within 21 days of the filing of a motion under Rule 12(b), (e), or (f). Defendant filed its 12(b) Motion on July 1, 2019.

The amendment is necessary in order to allege the torts implicit in the Complaint by formally alleging, in distinct counts, the torts of Civil Conspiracy, Aiding and Abetting, Tortious Interference with Contract, Abuse of Process and Intentional Infliction of Emotional Distress. The amendment also adds Mesdames Miller and Vesella, natural persons, as party defendants.

This right to amendment is exercised once as a matter of course.

The redlined amendment is appended hereto as Exhibit 1.  Clean version is filed separately as a new docket entry.

DATED this 22nd  day of July  2019.

**PETER STROJNIK**

Peter Strojnik
Plaintiff

Filed and distributed through PACER.