Peter Strojnik (Sr.)
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
PS@strojnik.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, (Sr.)<br><br>Plaintiff,<br><br>vs.<br><br>STATE BAR OF ARIZONA, an Arizona nonprofit corporation, SHAUNA MILLER and JOHN DOE MILLER, husband and wife; MARET VESSELLA and JOHN DOE VESSELLA, Husband and Wife; YET UNKNOWN ENTITIES AND PERSONS WHO PARTICIPATED IN THE ALLEGED CONSPIRACY<br><br>Defendant. | Case No: 2:19-cv-02704-DJH<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE [Doc 17]** |

Plaintiff objects to Defendant's Request for Judicial Notice [Doc 17] for the following reasons:

1. Defendant's attack on Plaintiff's complaint is facial. Since the proffered documents are not referenced in Plaintiff's pleadings, they are inadmissible.
2. The proffered documents are an incomplete snippet of the State Bar Proceeding that are irrelevant to any issue before this Court: Plaintiff's request for expressive dissociation, its denial and the subsequent consensual disbarment are alleged in

the Complaint and are, therefore, accepted as true. The proffered documents neither add nor distract from the issues other than confirm that Plaintiff's allegations regarding his expressive dissociation, denial thereof and ultimate consensual disbarment are true.

DATED this 2nd day of August 2019.

**PETER STROJNIK**

Peter Strojnik
Plaintiff

Distributed through PACER.