*Law Offices of*
**BONNETT, FAIRBOURN, FRIEDMAN**
**& BALINT, P.C.**
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendants*
*State Bar of Arizona, Shauna Miller, John Doe*
*Miller, Maret Vessella, and John Doe Vessella*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.), | Case No. CV-19-02704-PHX-DJH |
| Plaintiff, | |
| vs. | **STIPULATION CONCERNING BRIEFING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** (First Request) |
| State Bar of Arizona, | |
| Defendant. | |

        Plaintiff Peter Strojnik, (Sr.) filed his [first] amended complaint on June 4, 2019, against the State Bar of Arizona. [Doc. 14]. Defendant State Bar of Arizona ("SBA") filed its motion to dismiss the amended complaint on July 1, 2019. [Doc. 18]. By text Order dated July 18, 2019 [Doc. 20], Plaintiff's response to the SBA's motion to dismiss was due on August 2, 2019. But on July 22, 2019, Plaintiff filed his second amended complaint ("SAC") against the SBA and additional Defendants Shauna Miller, John Doe Miller, Maret Vessella, and John Doe Vessella. [Doc. 22]. Defendants Shauna Miller and Maret Vessella are employees of the SBA. On August 2, Plaintiff also filed his opposition to the SBA's motion to dismiss, in which he purports to oppose dismissal of the SAC as to the SBA and the Miller and Vessella Defendants. [Doc. 34]. As of August 2, 2019, Plaintiff had not

1   served Defendants Shauna Miller, John Doe Miller, Maret Vessella, or John Doe Vessella,

2   and the SBA had not moved to dismiss the SAC.

3          On August 5, 2019, the undersigned conferred as to how to proceed in light of the

4   foregoing events. The parties hereby stipulate and agree as follows: (1) Plaintiff hereby

5   withdraws his August 2, 2019, response to the SBA's motion to dismiss [Doc. 34]; (2) a

6   waiver of service on behalf of Defendants Shauna Miller, John Doe Miller, Maret Vessella,

7   and John Doe Vessella will be executed on August 5, 2019; and (3) a motion to dismiss the

8   SAC will be filed on or before August 15, 2019, on behalf of Defendants SBA, Shauna

9   Miller, John Doe Miller, Maret Vessella, and John Doe Vessella.

10         Pursuant to Rule 7.3(a), Local Rules of Civil Procedure, the Parties have separately

11  lodged a proposed form of order to this effect.

12         DATED this 5th day of August, 2019.

13                                        **BONNETT, FAIRBOURN, FRIEDMAN &**
14                                        **BALINT, P.C**.

15

16                                        By /s/ Lisa T. Hauser
                                              Lisa T. Hauser
17                                            Carrie A. Laliberte
                                              2325 E. Camelback Rd., Ste. 300
18                                            Phoenix, Arizona 85016
                                              *Attorneys for Defendant State Bar of Arizona*
19

20

21                                        **PETER STROJNIK, (Sr.)**

22                                        By /s/ Peter Strojnik, (Sr.)
23                                            7847 N. Central Ave.
                                              Phoenix, AZ  85020
24                                            *Plaintiff Pro Per*

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of  August, 2019, I served the attached document by e-mail and mail on the following, who is not a registered participant of the CM/ECF System:

Peter Strojnik, Sr.


 /s/ Jeanne Moran