**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>    Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>    Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**ORDER** |

Before the Court is the parties' Stipulation Concerning Briefing on Motion to Dismiss Second Amended Complaint (First Request) (Doc. __). Accordingly,

**IT IS ORDERED** that Plaintiff Plaintiff Peter Strojnik, Sr.'s response to Defendant State Bar of Arizona's motion to dismiss (Doc. 34) is withdrawn.

**IT IS FURTHER ORDERED** that Defendants State Bar of Arizona, Shauna Miller, John Doe Miller, Maret Vessella, and John Doe Vessella shall have until August 15, 2019 to move to dismiss Plaintiff's second amended complaint (Doc. 22).

- 1 -