# EXHIBIT 7

OFFICE OF THE
PRESIDING DISCIPLINARY JUDGE
SUPREME COURT OF ARIZONA

MAY 0 8 2019

FILED
BY _____

Peter Strojnik
7847 N. Central Ave.
Phoenix, Arizona 85020
ps@strojnik.com
602-524-660

## BEFORE THE PRESIDING DISCIPLINARY JUDGE

| | |
|---|---|
| IN THE MATTER OF A SUSPENDED MEMBER OF THE STATE BAR OF ARIZONA,<br><br>**PETER STROJNIK,**<br>**Bar No. 006464,**<br><br>Respondent. | **PDJ 2018-9105**<br>[State Bar No. 16-0334 et al.[1]]<br><br>**CONSENT TO DISBARMENT** |

I, PETER STROJNIK, 7847 North Central Avenue, Phoenix, Arizona 85020, voluntarily consent to disbarment as a member of the State Bar of Arizona and consent to the removal of my name from the roster of those permitted to practice before this court, and from the roster of the State Bar of Arizona.

I acknowledge that a formal complaint has been made against me and that I have read the complaint and the charges made against me. I further acknowledge that I do not desire to contest or defend the charges, but wish to consent to

---

[1] 16-1309, 16-1987, 16-2069, 16-2209, 16-2346, 16-2595, 16-2602, 16-2604, 16-2667, 16-2741, 16-2788, 16-2793, 16-2800, 16-2919, 16-3689, 17-3925, 18-1751.

1

disbarment. I have been advised of and have had an opportunity to exercise my right to be represented in this matter by a lawyer. I consent to disbarment freely and voluntarily and not under coercion or intimidation. I am aware of the rules of the Supreme Court with respect to discipline, disability, resignation and reinstatement, and I understand that any future application by me for admission or reinstatement as a member of the State Bar of Arizona will be treated as an application by a member who has been disbarred for professional misconduct, as set forth in the charges made against me. I have previously denied the allegations of any impropriety and enter this Consent as a consequence of my ailing health and desire for peace.

The State Bar has advised it will not file an objection to this consent. A proposed form of judgment of disbarment is attached. Exhibit A.

**DONE** this 8th day of May, 2019.

_____
Peter Strojnik

**SUBSCRIBED AND SWORN TO** before me this 8th day of May, 2019, Peter Strojnik who satisfactorily proved his identity to me.

_____
Notary Public

KAREN E. CALCAGNO
Notary Public - Arizona
Maricopa County
My Commission Expires
February 28, 2022

2/28/2022

2

          My Commission expires:

          Nov. 28, 2022

Original filed with the Disciplinary Clerk of
the Office of the Presiding Disciplinary Judge
of the Supreme Court of Arizona
this 8th day of May, 2019.

Copy of the foregoing emailed/hand delivered
this 8th day of May, 2019, to:

The Honorable William J. O'Neil
Presiding Disciplinary Judge
Supreme Court of Arizona
1501 West Washington Street, Suite 102
Phoenix, Arizona 85007
E-mail: officepdj@courts.az.gov

Copy of the foregoing mailed/emailed
this 8th day of May, 2019, to:

Shauna Miller, Senior Bar Counsel
State Bar of Arizona
4201 N. 24th St., Suite 100
Phoenix, Arizona 85016-6266

Lawyer Regulation Records Manager
State Bar of Arizona
4201 N. 24th St., Suite 100
Phoenix, Arizona 85016-6266

by:_____
  PS

3

# EXHIBIT A

## BEFORE THE PRESIDING DISCIPLINARY JUDGE

| | |
|---|---|
| IN THE MATTER OF A SUSPENDED MEMBER OF THE STATE BAR OF ARIZONA,<br><br>**PETER STROJNIK**<br>**Bar No. 006464**<br><br>Respondent. | **PDJ 2018-9105**<br>[State Bar No. 16-0334 et al.[2]]<br><br>**JUDGMENT OF DISBARMENT** |

Pursuant to Rule 57, Ariz. R. Sup. Ct., the parties filed with the disciplinary clerk a Consent to Disbarment (Consent) dated _____. The Consent being compliance with Rule 57(a)(5) and the Presiding Disciplinary Judge having considered it,

Now therefore,

**IT IS ORDERED** accepting the Consent and disbarring Respondent Peter Strojnik, Bar No. 006464, from the State Bar of Arizona effective _____. His name is stricken from the roll of lawyers and he is no longer entitled to the rights and privileges of a lawyer.

---

[2] 16-1309, 16-1987, 16-2069, 16-2209, 16-2346, 16-2595, 16-2602, 16-2604, 16-2667, 16-2741, 16-2788, 16-2793, 16-2800, 16-2919, 16-3689, 17-3925, 18-1751.

**IT IS FURTHER ORDERED** Respondent shall immediately comply with the requirements of Rule 72, Ariz. R. Sup. Ct. which include but are not limited to notification of clients and others and filing all notices and affidavits required.

**IT IS FURTHER ORDERED** under Rule 57(a)(5)(C), no further disciplinary action shall be taken regarding the matters that are the subject of the charges upon which the Consent and this judgment of disbarment are based.

**IT IS FURTHER ORDERED** that the Order of Interim Suspension dated July 11, 2018, is null and void.

**DATED** this _____ day of _____, 2019.

_____
**William J. O'Neil, Presiding Disciplinary Judge**

Copies of the foregoing mailed/emailed
this _____ day of May 2019.

Peter Strojnik
2375 E. Camelback Rd., Ste. 600
Phoenix, AZ  85016-3493
Email: ps@strojnik.com
Respondent

Shauna R Miller

5

Senior Bar Counsel
State Bar of Arizona
4201 N. 24th Street, Suite 100
Phoenix, Arizona 85016-6266
Email: LRO@staff.azbar.org


by:_____