1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**DISTRICT OF ARIZONA**

10
11

Peter Strojnik, (Sr.),

12

Plaintiff,

Case No. CV-19-02704-PHX-DJH

13

vs.

**ORDER**

14

State Bar of Arizona,

15

Defendant.

16
17
18

This Court having considered Defendant State Bar of Arizona's Request for Judicial

19

Notice in Support of its Motion to Dismiss Plaintiffs' Amended Complaint, and upon

20

finding that the requested facts are not subject to reasonable dispute, may be judicially

21

noticed under Federal Rule of Evidence 201(b) because they can be accurately and readily

22

determined from sources whose accuracy cannot reasonably be questioned, and this Court

23

has received sufficient information,

24

**IT IS HEREBY ORDERED** that this Court takes judicial notice of the following

25

matters forming the basis of Plaintiff's complaint for the limited fact that these documents

26

and their content exist but not for the truthfulness of the matters stated therein:

27

1. Order of Interim Suspension of Peter Strojnik in PDJ 2018-9018;

28

2. Complaint against Peter Strojnik in PDJ 2018-9105;

3. Peter Strojnik's Motion to Recognize Strojnik's Expressive Dissociation from the Arizona State Bar in PDJ 2018-9105;

4. The State Bar of Arizona's Motion to Strike in PDJ 2018-9105;

5. Strojnik's Response to the SBA's Motion to Strike in PDJ 2018-9105;

6. Order Re: Motion to Recognize Expressive Dissociation in PDJ 2018-9105;

7. Strojnik's Consent to Disbarment in PDJ 2018-9105; and

8. Judgment of Disbarment in PDJ 2018-9105.