*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN***
***& BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*

*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendant*
*State Bar of Arizona*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>State Bar of Arizona, an Arizona nonprofit corporation; Shauna Miller and John Doe Miller, husband and wife; Maret Vessella and John Doe Vessella, husband and wife; yet unknown Entities and Persons who participated in the conspiracy alleged below,<br><br>Defendants. | Case No. CV-19-02704-PHX-DJH<br><br>**REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE** |

Defendants State Bar of Arizona ("SBA"), Shauna Miller and John Doe Miller ("Miller"), and Maret Vessella and John Doe Vessella ("Vessella") (collectively, "State Bar Defendants" or "SBA Defendants") reply in support of their request for judicial notice [Doc. 42].

Plaintiff's singular objection to the SBA Defendants' request for judicial notice is to "the Court taking judicial notice of the truth of any statements made in items 2 (Complaint against Peter Strojnik in PDJ 2018-9105) and 4 (The State Bar of Arizona's Motion to Strike in PDJ 2018-9105)." [Doc. 46 at 2]. But Defendants' request asked only that the listed

disciplinary records be judicially noticed for their existence and their reporting of the circumstances and grounds for discipline and *not* for the truth of the underlying facts. [Doc. 42 at 2].

Accordingly, this Court should grant the SBA Defendants' request for judicial notice for the limited purpose stated in that request.

DATED this 26th day of August, 2019.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

By /s/ Lisa T. Hauser
Lisa T. Hauser
Carrie A. Laliberte
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
*Attorneys for Defendant State Bar of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties.

/s/ Carolyn Alter
Legal Assistant to Lisa T. Hauser