*Law Offices of*
***BONNETT, FAIRBOURN, FRIEDMAN***
***& BALINT, P.C.***
*2325 East Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*
*Lisa T. Hauser (#006985)*
*(lhauser@bffb.com)*
*Carrie A. Laliberte (#032556)*
*(claliberte@bffb.com)*
*Attorneys for Defendants State Bar of Arizona,*
*Shauna Miller, John Doe Miller, Maret Vessella,*
*and John Doe Vessella*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>               Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>               Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANTS' MANDATORY INITIAL DISCOVERY RESPONSES** |

Pursuant to the Court's Mandatory Initial Discovery Requirement (Doc. 3), Defendants State Bar of Arizona("SBA"), Shauna Miller and John Doe Miller ("Miller"), and Maret Vessella and John Doe Vessella ("Vessella") (collectively, "State Bar Defendants" or "SBA Defendants"), hereby give notice that on September 16, 2019, they served Plaintiff with their Initial Discovery Responses via e-mail.

DATED this 17th day of September, 2019.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

By /s/ Lisa T. Hauser
Lisa T. Hauser
Carrie A. Laliberte
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
*Attorneys for Defendants State Bar of Arizona, Shauna Miller, John Doe Miller, Maret Vessella, and John Doe Vessella*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2019, I electronically transmitted the foregoing to the Clerk of the United States District Court for the District of Arizona using the CM/ECF System for filing. Plaintiff is a registered CM/ECF user and will be served by the CM/ECF System.

      /s/ Lisa T. Hauser
      Lisa T. Hauser