|   |
|---|
| *Law Offices of*<br>***BONNETT, FAIRBOURN, FRIEDMAN***<br>***& BALINT, P.C.***<br>*2325 East Camelback Road, Suite 300*<br>*Phoenix, Arizona 85016*<br>*(602) 274-1100*<br><br>*Lisa T. Hauser (#006985)*<br>*(lhauser@bffb.com)*<br>*Carrie A. Laliberte (#032556)*<br>*(claliberte@bffb.com)*<br>*Attorneys for Defendant*<br>*State Bar of Arizona* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>State Bar of Arizona, an Arizona nonprofit corporation; Shauna Miller and John Doe Miller, husband and wife; Maret Vessella and John Doe Vessella, husband and wife; yet unknown Entities and Persons who participated in the conspiracy alleged below,<br><br>　　　　　Defendants. | Case No. CV-19-02704-PHX-DJH<br><br>**DEFENDANTS' MOTION TO DEFER SCHEDULING ORDER (DOC. 44) DEADLINES (First Request)** |

Defendants State Bar of Arizona's ("SBA"), Shauna Miller's and John Doe Miller's ("Miller"), and Maret Vessella's and John Doe Vessella's ("Vessella") (collectively, "State Bar Defendants" or "SBA Defendants") move to defer the deadlines set forth in the Rule 16 Scheduling Order [Doc. 44], pending resolution of their potentially dispositive Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 43]. Those motion is supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

**MEMORANDUM OF POINTS AND AUTHORITIES**

On July 17, 2019, Plaintiff Strojnik filed his Second Amended Complaint (Doc. 22) in this matter. On August 14, 2020, the parties submitted their Joint Case Management Report (Dec. 40), in which the SBA Defendants stated that they would file their Motion to Dismiss that complaint on August 15, 2019. They did so (Doc. 43). On August 19, 2019, this Court issued its Rule 16 Scheduling Order (Doc. 44). Also on August 19, 2019, Plaintiff filed his Opposition to Defendant State Bar of Arizona's Motion to Dismiss Second Amended Complaint (Doc. 45). The SBA Defendants replied (Doc. 49) on August 26, 2019.

During the pendency of Defendants' Motion to Dismiss, the parties have exchanged their MIDP Initial Discovery Responses but have conducted no other discovery. Pursuant to the Notice to Parties – Mandatory Initial Discovery Project (Doc. 3), the SBA Defendants have not answered. Nonetheless, the Scheduling Order (Doc. 44) has not been modified and deadlines have arrived or are fast-approaching. For example, the parties' deadline for engaging in good faith settlement talks was March 6, 2020, and today is the deadline for filing a joint report on those talks. Plaintiff has been unavailable since on or about March 6, 2020. A March 6, 2020, email to Plaintiff resulted in an "out of office" message indicating he is away until March 15, 2020, and may not respond during his absence. He has not responded.

Under the circumstances, and in the interest of economy, the SBA Defendants' respectfully move this Court for an Order deferring the above-referenced deadlines related to good faith settlement talks and all other remaining Scheduling Order deadlines until resolution of the SBA Defendants' pending Motion to Dismiss (Doc. 43) and the issuance of an amended Scheduling Order.

Given Plaintiff's current absence, efforts to determine his position on this motion have been unsuccessful. Pursuant to LRCiv 7.3(a), a proposed form of order consistent with the relief requested is lodged herewith.

/ / /

/ / /

DATED this 13th day of March, 2020.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C**.

By /s/ Lisa T. Hauser
   Lisa T. Hauser
   Carrie A. Laliberte
   2325 E. Camelback Rd., Ste. 300
   Phoenix, Arizona 85016
   *Attorneys for Defendant State Bar of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2020, I served the attached document by e-mail on the following, who is not a registered participant of the CM/ECF System: Peter Strojnik, Sr.

                                        /s/ Lisa T. Hauser