IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, (Sr.),<br><br>   Plaintiff,<br><br>vs.<br><br>State Bar of Arizona,<br><br>   Defendant. | Case No. CV-19-02704-PHX-DJH<br><br>**ORDER** |

Before the Court is Defendants' Motion to Defer Scheduling Order (Doc. 44) Deadlines (First Request) (Doc. __). Good cause exists for granting this motion.

**IT IS ORDERED** that the deadlines set forth in the Rule 16 Scheduling Order (Doc. 44), relating to good faith settlement talks and all subsequent deadlines be deferred until resolution of the SBA Defendants' pending Motion to Dismiss (Doc. 43) and the issuance of an amended Scheduling Order.

- 1 -