**CV19-02704-PHX-DJH**



```
Court Name: United States District Court
Division: 2
Receipt Number: PHX218472
Cashier ID: lbrewste
Transaction Date: 04/20/2020
Payer Name: LUNAR ECLIPSE 1 LLC

NOTICE OF APPEAL/DOCKETING FEE
 For: PETER STROJNIK
 Case/Party: D-AZX-2-19-CV-002704-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 580
 Amt Tendered: $505.00

Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00


A fee of $53 will be assessed on
all returned remittances.
```