UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER STROJNIK, Sr.,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE BAR OF ARIZONA, an Arizona nonprofit corporation; et al.,<br><br>        Defendants - Appellees. | No. 20-15671<br><br>D.C. No. 2:19-cv-02704-DJH<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered November 17, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7